# United States Court of Appeals for the Fifth Circuit

_____

No. 23-40492
Summary Calendar

_____

United States Court of Appeals
Fifth Circuit

**FILED**

March 14, 2024

Lyle W. Cayce
Clerk

Patrick L Shumaker,

*Plaintiff—Appellant*,

*versus*

Thomas Vilsack; Gracie Pena; Maricruz G. Cantu; Kelley Boone; Benancio Cano, Jr.; Eddie Trevino,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:22-CV-84

_____

Before Clement, Duncan, and Douglas, *Circuit Judges*.

Per Curiam:[*]

After reviewing the parties' briefs and the record, we find no reversible error. We AFFIRM. *See* 5th Cir. R. 47.6.

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.